

FILED

06/08/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 07-0011

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 07-0011

IN THE MATTER OF CALLING A RETIRED
DISTRICT JUDGE TO ACTIVE SERVICE

FILED

JUN 0 8 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

The Honorable Deborah Kim Christopher, Judge of the District Court for the Twentieth Judicial District of the State of Montana, has requested the assistance of retired District Judge Karen Townsend to assume jurisdiction of the Department 2 Calendar in Sanders County and Lake County as needed until July 15, 2022.

Judge Townsend has retired under the provisions of the Montana Judges' Retirement System and, being subject to call for duty pursuant to § 19-5-103(a) and (b), MCA, has advised that she is agreeable to assisting the Twentieth Judicial District Court with the above-listed matters.

IT IS HEREBY ORDERED:

1. The Honorable Karen Townsend, retired District Judge, is hereby called to active service in the District Court of the Twentieth Judicial District of the State of Montana, to assume jurisdiction of and preside over the Department 2 Calendar in Sanders County and Lake County as needed through July 15, 2022, and is hereby authorized to proceed with any and all necessary hearings, opinions, and orders, including final resolution of said matters.

2. For all active service, Judge Townsend shall be paid the salary compensation to which she is entitled by § 19-5-103(2)(b), MCA, and actual expenses, if any, shall be reimbursed.

3. A copy of this Order shall be filed with the Clerks of Court of Sanders County and Lake County, with the request that this Order be publicly posted for all counsel of record in all cases scheduled for Department 2 on the above-listed dates.

4. A copy of this Order shall also be furnished to the Honorable Deborah Kim Christopher, the Honorable Karen Townsend, and to Cathy Pennie, Office of the Supreme Court Administrator.

This Order is entered by the Chief Justice pursuant to Article VII, Section 6(3) of the 1972 Montana Constitution, and statutes enacted in conformity therewith and in implementation thereof.

DATED this 8 day of June, 2022.

_____
Chief Justice